UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HERNANDEZ MARADIAGA,

                Petitioner,

    -against-

JUDITH ALMODOVAR, in her official capacity as
Acting Field Office Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Attorney General, U.S. Department of
Justice; PAUL ARTETA, in his official capacity as
Sheriff and Warden of ICE facility at Orange
County Jail,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/24/2026___

26 Civ. 4329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

      SO ORDERED.

Dated: May 24, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge