UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HERNANDEZ MARADIAGA,

Plaintiff,

-against-

JUDITH ALMODOVAR, in her official
capacity as Acting Field Office Director, New
York Field Office, U.S. Immigration &
Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary,
U.S. Department of Homeland Security; TODD
BLANCHE, in his official capacity as Attorney
General, U.S. Department of Justice; PAUL
ARTETA, in his official capacity as Sheriff and
Warden of ICE facility at Orange County Jail,

Defendants.

26-CV-4329 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **Wednesday, May 27, 2026**, the government shall submit a letter stating whether it is willing to voluntarily provide petitioner a bond hearing with the burden on the government to justify detention by clear and convincing evidence. If the government is not willing to voluntarily provide such a hearing, then the Court will set a briefing schedule for the habeas petition, Dkt. 1.

SO ORDERED.

Dated: May 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge