UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HERNANDEZ MARADIAGA,

Petitioner,

-against-

JUDITH ALMODOVAR, in her official
capacity as Acting Field Office Director, New
York Field Office, U.S. Immigration &
Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary,
U.S. Department of Homeland Security; TODD
BLANCHE, in his official capacity as Attorney
General, U.S. Department of Justice; PAUL
ARTETA, in his official capacity as Sheriff and
Warden of ICE facility at Orange County Jail,

Respondents.

26-CV-4329 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Here, petitioner seeks only a burden-shifted bond hearing. Dkt. 1. The government has submitted a letter stating that "based on the facts and circumstances of this case, . . . the government would not oppose the Court entering an order in this case directing the government to provide Petitioner with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk." Dkt. 6 at 1; *see, e.g.*, *Velasco Lopez v. Decker*, 978 F.3d 842 (2d Cir. 2020); *Barbecho-Llivisacha v. Genalo*, No. 26 Civ. 3349 (JHR), 2026 WL 1345982, at *2 (S.D.N.Y. May 14, 2026) (ordering burden-shifted bond hearing when the petitioner's detention authority was governed by § 1226(a) following *Barbosa da Cunha*); *cf. Black v. Decker*, 103 F.4th 133 (2d Cir. 2024).

So, in light of the government's concession, the petition is GRANTED. **Within 7 days of the date of this Order (subject to the availability of petitioner's counsel)**, the government shall provide petitioner with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk.

If the government fails to provide that bond hearing within 7 days, then the government shall immediately release petitioner. **Within 48 hours of the bond hearing,** the government shall provide the Court with a status update via letter, along with an audio file or transcript of the hearing.

SO ORDERED.

Dated: May 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge