THE BRONX DEFENDERS

May 28, 2026

*Via ECF*

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Hernandez Maradiaga v. Almodovar*, et al., 26-cv-4329 (AS)**

Dear Judge Subramanian:

I represent the petitioner in this habeas corpus matter. Today, the Court granted Petitioner's habeas petition and ordered a bond hearing in immigration court within 7 days of the order's date. *See* ECF No. 7. I write respectfully to ask for a modification of the order. Counsel for Respondents consents to this request.

First, Petitioner seeks a modification of the date by which the bond hearing must take place. Petitioner's immigration removal defense counsel has pre-planned leave in the next 7 days and therefore cannot represent him at a bond hearing within the timeframe specified by the Court's order. To this end, we request a modification of the order such that the bond hearing be scheduled for a date from June 15th to June 24th, 2026.

Second, Petitioner respectfully seeks language in the order specifying that the immigration judge must consider alternatives to detention as to flight risk and danger, and ability to pay. *See* Habeas Pet. ¶¶ 3, 59-62; Gov't Ltr., ECF No. 6 at 1 n.1; *see also Al-Thuraya v. Warden, Orange Cnty. Corr. Facility*, 809 F. Supp. 3d 135, 145-46 (S.D.N.Y. 2025).

Thank you for your consideration of this submission.

Respectfully submitted,

/s/ Nora Christiani

Nora Christiani
THE BRONX DEFENDERS
360 East 161st Street
Bronx, New York, 10451
(929) 358-1708
nchristiani@bronxdefenders.org

cc: Counsel of Record (by ECF)

The unopposed request is GRANTED. The Court's May 28, 2026 Order, Dkt. 7, is hereby MODIFIED as follows:

First, the government shall provide petitioner with a bond hearing, the details of which are described at Dkt. 7, between **June 15 and June 24, 2026** (instead of within seven days of May 28, 2026).

Second, at the hearing the immigration judge shall also consider alternative conditions of release with respect to both dangerousness and risk of flight, and if the immigration judge sets a monetary bond, the immigration judge shall also consider petitioner's ability to pay in determining the appropriate bond amount.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 28, 2026