**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DANIEL HERNANDEZ MARADIAGA,

                    Petitioner,                 26 **CIVIL** 4329 (AS)

       -against-                        **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity
as Acting Field Office Director, New York Field
Office, U.S. Immigration & Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; TODD BLANCHE, in his official
capacity as Attorney General, U.S. Department of
Justice; PAUL ARTETA, in his official capacity as
Sheriff and Warden of ICE facility at Orange County
Jail,

                    Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 28, 2026, in light of the government's concession, the

petition is GRANTED.

**DATED:** New York, New York
         May 29, 2026

                               **TAMMI M. HELLWIG**
                                   _____
                                   **Clerk of Court**

               **BY:**

                               _____
                                   **Deputy Clerk**