**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 18, 2026

By ECF
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Hernandez Maradiaga v. Almodovar*, 26-cv-4329 (AS)

Dear Judge Subramanian:

This Office represents the government in the above-referenced habeas corpus matter. On May 28, 2026, the Court issued an order directing the government provide Petitioner with a burden-shifted bond hearing between June 15 and June 24, and to provide the Court with a status update within 48 hours of the bond hearing, along with an audio file or transcript of the hearing. ECF Nos. 7, 9. I write respectfully to provide the Court with a status update. The bond hearing occurred on June 17, at the conclusion of which the immigration judge denied bond, finding that DHS demonstrated by clear and convincing evidence that Petitioner is a danger going forward and that there are no alternatives to detention that would mitigate dangerousness. A copy of the immigration judge's bond order is attached. I have requested the audio file so that I may order a transcript, but either due to the events in downtown Manhattan on Thursday or the federal holiday on Friday, I have not yet received the audio file, and at this point, will not receive it until next week. Thus, I respectfully request that the Court extend the time for the government to provide the audio file or a transcript until Wednesday, June 24.

I thank the Court for its consideration of this submission.

The requested extension is GRANTED.

SO ORDERED.

[signature]

Arun Subramanian, U.S.D.J.
Date: June 22, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)