UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL HERNANDEZ MARADIAGA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration & Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General, U.S. Department of Justice; PAUL ARTETA, in his official capacity as Sheriff and Warden of ICE facility at Orange County Jail,<br><br>                    Defendants. | 26-CV-4329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to enter judgment in favor of petitioner and to close this case.


          SO ORDERED.

Dated: July 10, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge